IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS AND MARIA TRIPODES, | : | |
| Plaintiffs | : | Civil Action No. 18-cv-00404 |
| *vs*. | : | The Hon. Maureen P. Kelly |
| NVR, INC. t/a HEARTLAND HOMES OF PA; and RITE RUG CO., d/b/a/ Rite Rug Flooring; | : | |
| | : | |
| Defendants. | : | |
| | / | |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

To:    The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE that Peter N. Georgiades of the firm of Georgiades & Associates, P.C., hereby enters his appearance as counsel of record for Defendant Rite Rug Co.  I am admitted and authorized to practice in the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,


        /s/ Peter Georgiades
Peter N. Georgiades (Pa.I.D. No. 25554)
Georgiades & Associates, P.C.
1712 East Carson Street - First Floor
Pittsburgh, PA  15203
(412) 381-5190
Email:  peterg@png.law.us
Attorneys for Defendant Rite Rug Co.

1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Notice of Entry of Appearance of Counsel" has been served upon all counsel of record in this matter by electronic mail, addressed to:

Michael J. Cremonese, Esq.
Burke Cromer Cremonese, LLC
517 Court Place
Pittsburgh, PA  15219
mcremonese@bccattorneys.com

Kathleen Gallagher
Ciprani & Werner, P.C.
650 Washington Road – Suite 700
Pittsburgh, PA  15228
kgallager@c-wlaw.com

Service as described above has been made on April 4, 2018.

Respectfully submitted,

_____/s/ Peter Georgiades_____
Peter N. Georgiades (Pa.I.D. No. 25554)
Georgiades & Associates, P.C.
1712 East Carson Street - First Floor
Pittsburgh, PA  15203
(412) 381-5190
Email:  peterg@png.law.us
Attorneys for Defendant Rite Rug Co.

2.