IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS AND MARIA TRIPODES, | : | CIVIL DIVISION |
| | : | |
| Plaintiffs, | : | |
| | : | No.: 18-cv-00404 |
| v. | : | |
| | : | The Honorable Maureen P. Kelly |
| NVR, INC. t/a HEARTLAND HOMES OF | : | |
| PA, and RITE RUG CO. d/b/a RITE RUG | : | |
| FLOORING, | : | *ELECTRONICALLY FILED* |
| | : | |
| Defendants. | : | |

**███████ ORDER**

AND NOW, this ____**8th**____ day of ____**May**____, 2018, upon

consideration of Plaintiffs' Motion for Voluntary Dismissal Without Prejudice, it is hereby

ORDERED that said Motion is GRANTED. The above-captioned matter is hereby Voluntarily

Dismissed Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).


BY THE COURT:


_Maureen P. Kelly_ , J.